1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
   150 Almaden Blvd., Suite 900                 ***E-FILED - 8/14/09***
6  San Jose, California 95113
   Telephone:  (408) 535-5053
7  FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,      )       No. CR 09-00457 - RMW
14                                )
        Plaintiff,                )
15                                )       STIPULATION AND
        v.                        )       ORDER EXCLUDING TIME
16                                )
   KYRA BRUBECK,                  )
17                                )
        Defendant,                )       SAN JOSE VENUE
18                                )
                                  )
19

20
        The parties in this case, through their respective counsel, hereby stipulate and agree that the
21
   status conference set for August 17, 2009, be continued until September 28, 2009 at 9:00 a.m. in
22
   order for counsel for defendant and the Government to conduct further investigation.  In
23
   addition, the parties stipulate that an exclusion of time under the Speedy Trial Act from August
24
   17, 2009 until September 28, 2009, is appropriate based on the defendant's need for effective
25
   preparation
26
   //
27
   //
28

   STIPULATION AND [] ORDER
   NO. 09-00457- RMW                    1

1  //

2  of counsel.

3  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

5  DATED: 8/12/09                          _____/s/_____
                                           THOMAS M. O'CONNELL
6                                          Assistant United States Attorney

7  DATED: 8/12/09                          _____/s/_____
                                           MICHAEL WHELAN
8                                          Counsel for BRUBECK

12     Accordingly, for good cause shown, and by stipulation of the parties, the Court HEREBY ORDERS that the status conference set for August 17, 2009, be continued until September 28, 2009 at 9:00 a.m., and that time be excluded under the Speedy Trial Act from August 17, 2009, until September 28, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

22 SO ORDERED.

24 DATED:__8/14/09____                     _Ronald M. Whyte_____
                                           RONALD M. WHYTE
25                                         United States District Judge

STIPULATION AND [ ORDER
NO. 09-00457- RMW                          2