Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
255 N. Market Street, Suite 100
San Jose, California  95110
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
KYRA BRUBECK

*E-FILED - 2/2/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KYRA BRUBECK,<br><br>　　　　Defendant. | Case No. CR09-00457-RMW<br><br>STIPULATION AND [XXXXXX] ORDER CONTINUING DEFENDANT'S SENTENCING |

The parties, including the defendant, stipulate as follows:

1. On October 26, 2009, defendant Kyra Brubeck ("defendant") pled guilty to the indictment in the above-captioned case, charging her with one count of possession with intent to distribute 5 grams or more of actual methamphetamine in violation of 21 U.S.C. sections 841(a)(1) and (b)(1)(B)(viii). Defendant's sentencing is currently scheduled for January 11, 2010.

2. Defendant is cooperating in the above-captioned case. Although the government has not yet filed its motion pursuant to U.S.S.G. § 5K1.1, defendant has indicated that she will attempt to provide additional cooperation. Defense counsel also requires additional time to prepare for sentencing.

Therefore, the parties respectfully request that the Court continue defendant's sentencing from January 11, 2010 to March 15, 2010 at 9 a.m.

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 7, 2010

THOMAS M. O'CONNELL
Assistant United States Attorney

Dated: January 7, 2010

WM. MICHAEL WHELAN, JR.
Attorney for defendant KYRA BRUBECK

[]XXXXXXXX] **ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Kyra Brubeck's sentencing is continued from January 11, 2010 to March 15, 2010 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/2/10

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

WM. MICHAEL WHELAN, JR.
ATTORNEY AT LAW
255 N. MARKET STREET, SUITE 100
SAN JOSE, CALIFORNIA 95110
(650) 319-5554