```
Wm. Michael Whelan, Jr., ESQ. (CA Bar No. 112190)
255 N. Market Street, Suite 100
San Jose, California 95110
(650) 319-5554 telephone
(415)-874-7082 facsimile
whelanlaw@sbcglobal.net

Attorney for Defendant
KYRA BRUBECK
```

***E-FILED - 3/12/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KYRA BRUBECK,<br><br>  Defendant. | Case No. CR09-00457-RMW<br><br>STIPULATION AND [XXXXXXX] ORDER CONTINUING DEFENDANT'S SENTENCING |

The parties, including the defendant, stipulate as follows:

1. On October 26, 2009, defendant Kyra Brubeck ("defendant") pled guilty to the indictment in the above-captioned case, charging her with one count of possession with intent to distribute 5 grams or more of actual methamphetamine in violation of 21 U.S.C. sections 841(a)(1) and (b)(1)(B)(viii). Defendant's sentencing is currently scheduled for March 15, 2010.

2. The U.S. Probation Officer assigned to the case, Ben Flores has not yet had an opportunity to interview the defendant – that is now scheduled to occur March 17, 2010. Therefore, the Probation Department and defense counsel need additional time to prepare for sentencing. The U.S. Attorney's Office has no objection. The parties request that the sentencing hearing in the captioned matter

be continued from March 15, 2010 until May 3, 2010.

IT IS SO STIPULATED.

|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|---|---|
| Dated: March 10, 2010 | */s/ Thomas O'Connell by WMW*<br>THOMAS M. O'CONNELL<br>Assistant United States Attorney |
| Dated: March 10, 2010 | */s/ WM. Michael Whelan*<br>WM. MICHAEL WHELAN, JR.<br>Attorney for defendant KYRA BRUBECK |

### XXXXXXXXX ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court HEREBY ORDERS that the sentencing hearing now scheduled for March 15, 2010 be continued to May 3, 2010 in order to afford U.S Probation more time to complete a Presentence Report and for defense counsel to prepare for sentencing. The Court orders that defendant Kyra Brubeck's sentencing is continued from March 15, 2010 to May 3, 2010. at 9:00 a.m.

IT IS SO ORDERED.

DATED: 3/12/10

*/s/ Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE